# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**ROBERT LESLIE MEYER**                                                       PLAINTIFF

       v.       Civil No. 05-5119

**STATE OF ARKANSAS, 4th
Judicial District, Washington
County, Fayetteville, Arkansas**                                              DEFENDANT

### O R D E R

    Now on this 19th day of August, 2005, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #4), and plaintiff's **Objections** thereto (document #6), and the Court, having carefully reviewed both documents, finds and orders as follows:

    1.   Plaintiff contends that he is incarcerated pursuant to a wrongful arrest for threatening a state judicial officer. He asks this Court to get him "out of jail, out of this false indictment and further harassment by local authorities," and to "reprimand and otherwise correct the officials involved."

    2.   The Magistrate Judge reports that, to the extent plaintiff seeks money damages, his claim is subject to dismissal on the authority of **Heck v. Humphrey, 512 U.S. 477 (1994).** She further reports that to the extent plaintiff seeks injunctive relief, the Court should abstain pursuant to **Younger v. Harris, 401 U.S. 37 (1971).** She recommends that plaintiff's claims be dismissed.

    3.   Plaintiff objects that he has no access to a law library;

that his "subsequent submissions" have not been considered; that he does not understand some of the language in the Report And Recommendation; and that he is not making a claim for money damages.  He asks that his case be remanded to the Magistrate Judge for reconsideration, and that he be given access to a law library and "an opportunity to restructure my suit with proper knowledge."

4. With regard to plaintiff's claims that he has not had access to a law library, does not understand legal terminology, and needs to "restructure" his claims, the Court observes that plaintiff's claims have been read liberally, as required of *pro se* claims under **Haines v. Kerner**, **404 U.S. 519 (1972)**.  The Court also finds the legal principles upon which the Magistrate Judge based her recommendations to be sound.  Additional legal research and a better understanding of legal terminology on the part of plaintiff would not change the underlying nature of his claim, i.e., that he has been wrongfully arrested and is being wrongfully prosecuted under state criminal laws for letters he has written.  Nor would it change the settled law applicable to his situation.  **Younger** requires a federal court to abstain from hearing a case when it involves an ongoing state judicial proceeding which implicates important state interests and affords an adequate opportunity to raise the type of federal questions presented by plaintiff in this case.  These objections are without merit.

5. With regard to plaintiff's objection that his "subsequent

submissions" have not been considered, the Court notes that plaintiff appears to refer to letters he has sent to various people and to other lawsuits he has filed.  Such things do not constitute either pleadings in this case, or evidence upon which this Court might make a ruling in this case, and thus any failure to consider them does not constitute a basis of error in the Report And Recommendation.

6.  Finally, with regard to plaintiff's assertion that he seeks only injunctive relief, not money damages, the Court accepts this statement as a clarification of plaintiff's pleadings, while noting that it does not undermine the validity of the Report And Recommendation.

7.  There being no objection lodged which demonstrates any insufficiency in the Report And Recommendation, and the Court finding it in proper order,

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are hereby **dismissed**.

**IT IS SO ORDERED.**

                                               /s/ Jimm Larry Hendren
                                              **JIMM LARRY HENDREN**
                                              **UNITED STATES DISTRICT JUDGE**